**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CARLOS COLLINS,

        Plaintiff,

v.                              CASE NO: 14-CV-14105-DT

DANIEL H. HEYNS, ET AL.,

        Defendants.
                              /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATIONS**

This matter was referred to United States Magistrate Michael Hluchaniuk pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In his report filed on September 24, 2015, the magistrate judge recommended that this court grant Defendant Heyns' Motion for Summary Judgment and dismiss him with prejudice. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's "Report and Recommendation", Defendant's Motion for Summary Judgment is GRANTED, and Defendant Daniel Heyns is DISMISSED WITH PREJUDICE

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  November 25, 2015

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 25, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522