# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CARLOS COLLINS,

    Plaintiff,

v.                                  Case No. 14-14105

DANIEL H. HEYNS, et al.,

    Defendants.
                                          /

## JUDGMENT

In accordance with the court's "Order of Dismissal without Prejudice," dated April 15, 2016, and "Order Adopting Report and Recommendation and Granting Motion for Summary Judgment," dated November 25, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Daniel H. Heyns and Dr. Rhodes and against Plaintiff Carlos Collins. Dated at Detroit, Michigan, this 15th day of April 2016.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: April 15, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 15, 2016, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522